UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                                 Docket. No.  22 Cr 506 (NRB)

       - against -

CARLTON WILLIAMS,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**REQUEST FOR A CONTINUANCE**
(*In relation To The Expected Entry of a Guilty Plea*)

                              Anthony L. Ricco, Esq.
                              Attorney For *Carlton Williams*
                              20 Vesey Street, Suite 400
                              New York, New York 10007
                              (212) 791-3919

Steven Legon, Esq.
Of Counsel and on the Memorandum

# ANTHONY L. RICCO
*Attorney At Law*
20 Vesey Street, Suite 400
New York, New York 10007

Tel. (212) 791-3919  Fax. (212) 791-3940

Steven Z. Legon, esq  - of counsel

November 9, 2022

BY ECF

Hon. Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

>   Re:  **United States v. Carlton Williams**,
>         Docket No. 22 Cr. 506 (NRB)

Dear Judge Buchwald:

This letter is submitted as a request for a modest continuance of the pre-trial conference presently scheduled for November 10, 2022.   It is requested that the court re-schedule the pre-trial conference for November 10, 2022 to either Monday, November 21, 2022 (after 12:30 pm) or Tuesday, November 22, 2002 (before 11:00 am).

### Reasons For Continuance: Conflicting Court Schedules

I have conflict on November 2022 with a hearing in a murder case in Bronx County Supreme Court in Bronx County, *People v. David Marrero*, (who has been recently hospitalized as a result of the complications related to his diagnosis for a cancer known as Acute Lymphoblastic Leukemia),  therefore, I am unavailable for the pre-trial conference in *United States v. Carlton Williams*. As a result, I am requesting a modest continuance of Carlton Williams' case to another date so that we can move forward with the entry of his guilty plea.

I have discussed the foregoing application with the government, and the government has no objection to a modest continuance as proposed. AUSA Kaylan Lasky, AUSA Sam Rothschild and I have discussed potential dates for rescheduling. Based upon our schedules, it is proposed that the court reschedule Carlton Williams for either Monday, November 21, 2022, after 12:30 pm or to Tuesday, November 22, 2022 before 11:00 am, if those dates are convenient for the court. As a result, it is requested that the court continue Carlton Williams' case to either of the above dates and time periods.

Finally, Carlton Williams consents to a exclusion of time from the Speedy Trial Act so that he can complete his plea negotiations, and enter a guilty plea pursuant to the negotiated guilty plea agreement. Carl Williams' consent to the exclusion of time from the Speedy Trial Act applies to any date that the court grants for the rescheduling - which has been made at the request of the defense.

Thank you,

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco

ALR/jh
cc: AUSA Kaylan Lasky
    AUSA Sam Rothschild
    (By Email and ECF)

Application granted. The change of plea hearing is adjourned until November 29, 2022 at 12:00 pm. Speedy trial time is excluded pursuant to 18 USC 3161 (h)(7)(A).
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         November 9, 2022

2