UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

    - against -

CARLTON WILLIAMS,
a/k/a "Whip,"

        Defendant.

---------------------------------------X

**REMAND ORDER**

22 Cr. 506 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** the defendant, Carlton Williams a/k/a "Whip," pled guilty on November 29, 2022 and agreed to be remanded to the custody of the United Stated Marshal upon acceptance of his guilty plea; it is hereby

    **ORDERED** that bail is revoked and the defendant is remanded to the custody of the United States Marshal Service.

DATED:    New York, New York
            November 29, 2022

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE