# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

STEVEN Z. LEGON
OF COUNSEL

May 17, 2023

BY E.C.F.

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. The sentencing hearing is adjourned until July 6, 2023 at 11:30 a.m. The defendant's submission is due on June 20, 2023. The Government's submission is due on June 27, 2023.
>
> **SO ORDERED.**
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated:    New York, New York
>           May 17, 2023

**Re: *United States v. Carlton Williams*, Docket No. 22 Cr. 506 (NRB)**

Dear Judge Buchwald:

The purpose of this letter motion is to request a 30 day continuance of the defendant's sentencing in the above-referenced criminal matter, which is presently scheduled for June 1, 2023, at 11:30 a.m.

This request is necessitated by counsel's engagement on trial. Counsel continues to be actually engaged in the matter of *People v. David Marrero*, a New York State homicide trial in Bronx County, which began on Monday, March 20, 2023, and is expected to last several more weeks.

A.U.S.A. Kaylan Lasky has been advised of counsel's intention to file this application, and she has no objection on behalf of the government.

Thank you for your consideration of this application, and if your Honor has any questions or requires additional information, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco*
Anthony L. Ricco, Esq.

ALR/jh

cc: A.U.S.A. Kaylan Lasky (By E.C.F.)