# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

STEVEN Z. LEGON
*OF COUNSEL*

June 21, 2023

BY E.C.F.

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted.  The sentencing hearing
is adjourned until August 15, 2023 at 11:30
a.m.   The defendant's submission is due on
August 1, 2023.  The Government's submission
is due August 8, 2023.   Final adjournment.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:    New York, New York
          June 22, 2023
```

**Re: *United States v. Carlton Williams*, Docket No. 22 Cr. 506 (NRB)**

Dear Judge Buchwald:

The purpose of this letter motion is to request a continuance of the defendant's sentencing in the above-referenced criminal matter, which is presently scheduled for July 6, 2023, at 11:30 a.m, to a date during the second week of August or later, which is convenient for the court.

This request is necessitated by counsel's recent engagement on trial. Counsel was actually engaged in the matter of *People v. David Marrero*, a New York State homicide trial in Bronx County, which lasted for approximately eleven weeks, from Monday, March 20, 2023 until Friday, June 2, 2023. Since the trial verdict, counsel has filed an appellate brief with the Second Circuit, and is presently working on another sentencing matter, which pre-existed the instant matter before your Honor. Additionally, counsel has not taken a vacation since sometime prior to the Covid-19 pandemic, and has plans to take a family vacation with his children and grandchildren, away from New York, during the month of July.

A.U.S.A. Kaylan Lasky has been advised of counsel's intention to file this application, and she has no objection on behalf of the government.

Thank you for your consideration of this application, and if your Honor has any questions or requires additional information, please contact me at your Honor's convenience.

Respectfully,

Anthony L. Ricco

Anthony L. Ricco, Esq.

ALR/jh

cc: A.U.S.A. Kaylan Lasky (By E.C.F.)